IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

R. WAYNE JOHNSON                                                          PLAINTIFF
#133155

v.                             CASE NO. 4:19-CV-00899 BSM

UNITED STATES POSTAL SERVICE                                              DEFENDANT

# ORDER

The clerk is directed to immediately transfer this case to the United States District Court for the Northern District of Texas. Venue properly lies in the Northern District of Texas based on the facts alleged. *See* 28 U.S.C. § 1391(b). The interests of justice are best served by transfer. *See* 28 U.S.C. § 1406(a).

IT IS SO ORDERED this 27th day of December 2019.

_____
UNITED STATES DISTRICT JUDGE